## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| WILLIAM M. FLATAU, as trustee in bankruptcy for Calvin Ferrell Davis, CALVIN FERRELL DAVIS, and LASHAN DENISE DAVIS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 5:14-cv-00245-MTT |
| SHERMAN FINANCIAL GROUP LLC, SHERMAN ORIGINATOR LLC, SHERMAN ACQUISITION LLC, LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES L.P., GREENE & COOPER, LLP, and ATLAS ACQUISITIONS, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant LVNV Funding LLC ("LVNV"), being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 87, and states as follows:

LVNV is not a publicly held or traded corporation and no publicly held company owns more than 10% of its stock.  Further, LVNV has no parent or subsidiary corporations.

This 5th day of September, 2014.

23044962v2 234091.000005

2

TROUTMAN SANDERS LLP

*/s/ Alexandria J. Reyes*
ALEXANDRIA J. REYES
Georgia Bar No. 428936
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA  30308
(404) 885-3828

John M. Boyle*
MOSS & BARNETT
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402
(612) 877-5000

*Application for admission pro hac vice pending*

ATTORNEYS FOR DEFENDANT LVNV
FUNDING, LLC

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| WILLIAM M. FLATAU, as trustee in bankruptcy for Calvin Ferrell Davis, CALVIN FERRELL DAVIS, and LASHAN DENISE DAVIS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 5:14-cv-00245-MTT |
| SHERMAN FINANCIAL GROUP LLC, SHERMAN ORIGINATOR LLC, SHERMAN ACQUISITION LLC, LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES L.P., GREENE & COOPER, LLP, and ATLAS ACQUISITIONS, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **CORPORATE DISCLOSURE**

**STATEMENT** was filed with the Clerk of this Court using the CM/ECF system for filing,

which will give notice to the following parties of record:

Charles A. Gower
David T. Rohwedder
Charles A Gower, P.C.
P.O. Box 5509
Columbus, GA 31906

Kyle A. Cooper
Greene & Cooper, LLP
615 Colonial Park Drive, Suite 104
Roswell, GA 30124

Ralph L. Taylor, III
Buckley King LPA
219 Boulevard NE
Gainesville, GA 30506

3

23047418v1 234091.000005

Alan C. Hochheiser
600 Superior Ave E 1400
Fifth Third Ctr
Cleveland, OH 44114

This 5th day of September, 2014.

/s/ Alexandria J. Reyes
ALEXANDRIA J. REYES
Georgia Bar No. 428936

4

23047418v1 234091.000005