**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **WILLIAM M. FLATAU, as trustee in bankruptcy for Calvin Ferrell Davis, CALVIN FERRELL DAVIS, and LASHAN DENISE DAVIS,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**SHERMAN FINANICAL GROUP, LLC, *et al.*,** )<br><br>**Defendants.** ) | **CIVIL ACTION NO. 5:14-CV-245(MTT)** |

## ORDER

The Court entered an Order on December 14, 2015, holding that the *Rooker-Feldman* doctrine barred the Plaintiffs' claims against the Sherman Defendants, Atlas Acquisitions LLC, and Arrow Financial Services LLC.  (Doc. 81).  In so holding, the Court granted the Sherman Defendants' motion to dismiss (Doc. 20) and Atlas's motion to dismiss (Doc. 21) but permitted the Plaintiffs 14 days to raise new arguments that the claims against Arrow, who had not yet moved to dismiss, are not barred by the *Rooker-Feldman* doctrine.  The Court stated that "absent any new meritorious arguments, the Court will dismiss Arrow."  (Doc. 81 at 16).  The Plaintiffs have not provided the Court with any new arguments.  Accordingly, Arrow is **DISMISSED** as a Defendant.

**SO ORDERED**, this 8th day of January, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT